# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 13-1836
_____

Shawn M. Perkins

Plaintiff - Appellant

v.

Secretary of Department of Health & Human Services; Honorable Kathleen Sebelius; Sioux San Hospital-Indian Health Services

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of South Dakota - Rapid City
(5:13-cv-05005-JLV)
_____

## JUDGMENT

Upon consideration of the district court record, the district court's dismissal without prejudice of this federal-employment-discrimination action is summarily affirmed. See 8th Cir. 47A(a). This affirmance is based on Appellant Shawn Perkins's failure to satisfy the administrative deadlines of Title VII.

June 28, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans